Submitted September 30, affirmed November 9, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID ALAN HOUSEHOLDER,
*Defendant-Appellant.*

Multnomah County Circuit Court
090646851; A144856

266 P3d 161

Peter Gartlan, Chief Defender, and David Sherbo-Huggins, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.